No. 63869.—Penn-Carol Hosiery Mills, Inc. v. United States, protest 58/3286 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the facts are similar to those involved in Abstract 53865, the claim of the plaintiff was sustained.

No. 63870.—John H. Faunce, Phila., Inc. v. United States, protests 58/7802, 58/23197, and 58/23250 (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ceramic rods, not decorated, the same in all material respects as those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained. Protest 58/23250 having been abandoned as to entry No. 12762, was dismissed to that extent.

No. 63871.—The Asbury Graphite Mills, Inc. v. United States, protest 313684–K (Detroit).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of amorphous graphite the same in all material respects as that the subject of *The Asbury Graphite Mills, Inc., et al.* v. *United States* (42 Cust. Ct. 141, C.D. 2077), the claim of the plaintiff was sustained.